IN THE UNITED STATES DISTRICT COURT
		FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JOSEPH HENRY BAUDUIN
Individually and as Executor
of the Estate of
GLORIA MARIE BAUDUIN, Deceased,

    Plaintiff,

v.                                    Civil Action No. 5:06CV122
                                                  (STAMP)
TRAVELERS INSURANCE COMPANY,

    Defendant.

## ORDER GRANTING PLAINTIFF'S AND DEFENDANT'S MOTIONS TO RESCHEDULE MEDIATION

On June 26, 2007, the plaintiff filed a motion to reschedule mediation in the above-styled civil action. On July 5, 2007, the defendant also filed a motion to reschedule mediation. For good cause shown, the mediation is hereby RESCHEDULED. The parties or their representatives, fully authorized to make final and binding decisions on behalf of the principals must be present for a mediation on **August 29, 2007 at 9:00 a.m.** in the chambers of United States Magistrate Judge James E. Seibert at the Federal Courthouse in Wheeling, West Virginia.

    IT IS SO ORDERED.

    The Clerk is directed to transmit a copy of this order to counsel of record herein.

    DATED:    July 11, 2007

                                        /s/ Frederick P. Stamp, Jr.
                                        FREDERICK P. STAMP, JR.
                                        UNITED STATES DISTRICT JUDGE