# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JOSEPH HENRY BAUDUIN, et al.

    Plaintiff,

v.

    Civil Action No. 5:06-cv-00122

TRAVELERS INSURANCE COMPANY,

    Defendant.

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of **Daniel T. Fitch**, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: August 29, 2007

_____
United States District Judge